AO 91 (Rev 8/01) Criminal Complaint

United States District Court
Southern District of Texas
FILED
MAR 27 2019
David J. Bradley, Clerk

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Andres Martinez-Granados

## CRIMINAL COMPLAINT

Case Number: M-19-0700-M

IAE  YOB: 1982
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __March 26, 2019__ in __Starr__ County, in the __Southern__ District of __Texas__

(*Track Statutory Language of Offense*)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) __Senior Patrol Agent__ and that this complaint is based on the following facts:

Andres Martinez-Granados was encountered by Border Patrol Agents near Roma, Texas on March 26, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on March 25, 2019, near Roma, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on July 25, 2011 through Hidalgo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On February 25, 2011, the defendant was convicted of 8 USC 1326, Being found in the U.S. after previous deportation and sentenced to ten (10) months confinement.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

approved by Scott V. Greenbaum 3/27/19
(cob V. Breedlove, AUSA

Sworn to before me and subscribed in my presence,

March 27, 2019    3:40pm

Signature of Complainant
Ernie Bergollo    Senior Patrol Agent

Peter E. Ormsby, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer